IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LISA BENTLEY, | § | |
| | § | No. 62, 2018 |
| Respondent Below-<br>Appellant, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | Court Below—Superior Court |
| DELAWARE PSYCHIATRIC CENTER, | § | of the State of Delaware |
| | § | |
| Petitioner Below-<br>Appellee. | § | C.A. No. 17I-00967 (K) |
| | § | |
| | § | |

Submitted: March 9, 2018
Decided: March 14, 2018

**O R D E R**

This 14th day of March 2018, it appears that the Court issued by certified mail a notice to the appellant to show cause why her appeal should not be dismissed for failing to comply with Supreme Court Rule 42. The appellant failed to accept service of the notice, which was resent to her by first class mail at the address she provided. The appellant has failed to respond to the notice to show cause within the required ten-day period. Thus, dismissal of this action is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice